# Exhibit B

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| JONATHAN A. SHAPIRO (SBN 257199) \| S. TONI WORMALD (SBN 329875)<br>GOODWIN PROCTER, LLP<br>525 Market Street, 32nd Floor, San Francisco, CA 94105<br>TELEPHONE NO: +1 415 733 6000   FAX NO. (Optional): +1 415 677 9041<br>E-MAIL ADDRESS (Optional): JShapiro@goodwinlaw.com \| TWormald@goodwinlaw.com<br>ATTORNEY FOR (Name): Plaintiff Semler Scientific, Inc. | Electronically Filed<br>by Superior Court of CA,<br>County of Santa Clara,<br>on 9/23/2025 1:49 PM<br>Reviewed By: S. Rodriguez<br>Case #25CV475138<br>Envelope: 20959236 |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   SANTA CLARA
STREET ADDRESS: 191 N. First Street
MAILING ADDRESS: 191 N. First Street
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: Downtown Superior Court (DTS)

PLAINTIFF/PETITIONER: Semler Scientific, Inc.

DEFENDANT/RESPONDENT: Joshua Robert Daniels

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL**

CASE NUMBER: 25CV475138

TO (insert name of party being served): Defendant Joshua Robert Daniels

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: September 18, 2025

JONATHAN A. SHAPIRO
(TYPE OR PRINT NAME)

/s/ Jonathan A. Shapiro
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of (to be completed by sender before mailing):

1. ☒ A copy of the summons and of the complaint.
2. ☒ Other (specify):   Civil Case Cover Sheet
                        Civil Lawsuit Notice
                        ADR Information Sheet

(To be completed by recipient):

Date this form is signed:

Samir Shukurov on behalf of Joshua Robert Daniels
TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED

(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory se
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

# PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is: 525 Market Street, Floor 32, San Francisco, California 94105.

On **September 23, 2025**, I served the following document(s) on the person(s) below as follows:

### NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL

| | |
|---|---|
| Samir Shukurov<br>FIELDS KUPKA & SHUKUROV LLP<br>141 Tompkins Ave, Suite 404<br>Pleasantville, New York 10570 | Counsel for Defendant: *Joshua Robert Daniels*<br>Tel. (212) 231-1500<br>Fax: (646) 851-0076<br>Email: sshukurov@fksfirm.com |

☒   (E-MAIL or ELECTRONIC TRANSMISSION).  By electronic service on September 23, 2025. My electronic service address is BTamargo@goodwinlaw.com. Based on a court order or an agreement of the parties to accept electronic service, I caused the document(s) to be sent to the person(s) at the electronic service address(es) listed above.

☒   (MAIL).  By United States mail. I enclosed the document(s) in a sealed envelope or package addressed to the person(s) at the address(es) listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am employed in the county where mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **September 23, 2025**, at San Francisco, California.

| | |
|---|---|
| Bethannie Tamargo Neri<br>(Type or print name) | *Bethannie Tamargo Neri*<br>(Signature) |